UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOVANI RAMIREZ,<br>*on behalf of himself, FLSA Collective Plaintiffs,*<br>*and the class,*<br>      Plaintiff,<br> v.<br>NAYA MEZZE & GRILL, LLC,<br> d/b/a NAYA,<br>HRK FOOD INC.,<br> d/b/a NAYA,<br>NAYA EXPRESS I, LLC,<br> d/b/a NAYA,<br>NAYA EXPRESS II, LLC,<br> d/b/a NAYA,<br>NAYA EXPRESS III NY, LLC,<br> d/b/a NAYA,<br>NAYA EXPRESS INC,<br> d/b/a NAYA,<br>NAYA EXPRESS IV, LLC,<br> d/b/a NAYA,<br>NAYA EXPRESS VI NY LLC,<br> d/b/a NAYA,<br>NAYA EXPRESS VII NY LLC,<br> d/b/a NAYA,<br>NAYA IP, LLC,<br> d/b/a NAYA,<br>NAYA MOYNIHAN, LLC,<br> d/b/a NAYA, and<br>HADY KFOURY<br>      Defendants. | Case No.: 1:21-cv-04625<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants HRK Food Inc. ("HRK Defendant"), Naya Mezze & Grill, LLC d/b/a Naya, Naya Express I, LLC d/b/a Naya, Naya Express II, LLC d/b/a Naya, Naya Express III NY, LLC d/b/a Naya, Naya Express Inc d/b/a Naya, Naya Express IV, LLC d/b/a Naya, Naya Express VI NY LLC d/b/a Naya,

Naya Express VII NY LLC d/b/a Naya, Naya IP, LLC d/b/a Naya, Naya Moynihan, LLC d/b/a Naya (the "Naya Defendants"), and HADY KFOURY ("Individual Defendant") (HRK Defendant, Naya Defendants, and Individual Defendant collectively referred to as the "Defendants") having offered to allow Plaintiff Geovani Ramirez ("Plaintiff") to take a judgment against the HRK Defendant, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), inclusive of reasonable attorneys' fees, costs, and expenses in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 20, 2021 and filed as Exhibit A to Docket Number 9;

**WHEREAS**, on August 24, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 9);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Geovani Ramirez, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 20, 2021 and filed as Exhibit A to Docket Number 9. The ~~Clerk~~ is directed to close this case.

Clerk of Court

**SO ORDERED:**

Dated: August 24, 2021
New York, New York

_____
U.S.D.J.